IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., | ) | Case No. 03-10945 (MFW) |
| | ) | Jointly Administered |
| Debtors,[1] | ) | |
| | ) | |
| | ) | |
| Fleming Companies, Inc., | ) | |
| | ) | Adversary Proceeding |
| Plaintiff, | ) | Case No. 04-52747 |
| v. | ) | |
| Target Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW this ___ day of January, 2005, upon consideration of Motion of Fleming for Leave to Amend the Complaint, and the accompanying Brief in Support of its Motion, and upon consideration of the response of the Debtor, thereto, it is hereby

ORDERED that the Motion is **GRANTED** in its entirety; and it is further

ORDERED that Fleming may file the First Amended Complaint in the form as attached to the Motion.

---

Mary F. Walrath
Chief United States Bankruptcy Judge

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co. For linguistic convenience, this motion refers to Fleming Companies, Inc. and the Post-Confirmation Trust simply as "Fleming."